5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
### FOR THE DISTRICT OF IDAHO

Ruth Sullivan, et al.

v.

Omega RV, LLC

)
)
)
)
)
)
)
)
)
)

Case No.  1:20-cv-00227-REB

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Elizabeth Ahern Wells                                        , hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  Plaintiffs Ruth Sullivan and Shannon Meehan                                        .

The applicant hereby attests as follows:

1. Applicant resides in  Waynesville, OH                                        , and practices at the following

address and phone number  8250 Washington Village Dr., Dayton, OH 45458; 937-432-9500

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Ohio | 11/4/04 |
| Kentucky | 5/2/05 |
| Iowa | 6/4/19 |

*please see attached sheet with additional admissions

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Leland Faux                                        , a member in good standing of the bar of this court, of the firm of

Leland Faux, Esq PLLC                                        , practices at the following office address and phone number:

381 Shoup Ave., Ste. 214, Idaho Falls, ID 83301; 208-922-7722

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents

to this designation by signing this application.

Dated this _____ day of May            , 2020      .

_____
Applicant

Signed under penalty of perjury.

_____
Designee

| | |
|---|---|
| US District Court for the Southern District of Ohio | Admitted 12/21/04 |
| US District Court for the Northern District of Ohio | Admitted 8/23/05 |
| US District Court for the Eastern District of Kentucky | Admitted 2/3/14 |
| US District Court for the Western District of Kentucky | Admitted 5/20/15 |
| US District Court for the Southern District of Indiana | Admitted 4/17/15 |
| US District Court for the Northern District of Indiana | Admitted 4/22/15 |